# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANTIONA LEE PHILLIPS**                                                                 **PLAINTIFF**

v.                                      **Case No. 4:22-cv-00792-KGB**

**DOES**                                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 10). Plaintiff Antiona Lee Phillips has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommended Disposition in its entirety as this Court's finding in all respects (Dkt. No. 10). The Court dismisses without prejudice Mr. Phillips' complaint for failure to state a claim upon which relief may be granted (Dkt. No. 1). The Court recommends that the dismissal count as a strike under 28 U.S.C. § 1915(g). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 4th day of September, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge